IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: § § | | |
| BAY AREA REGIONAL MEDICAL CENTER, LLC, § § § § | BANKRUPTCY NO. 19-70013-EVR | |
| DEBTOR § | CHAPTER 7 CASE | |

| | | |
|---|---|---|
| CATHERINE S. CURTIS, AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF BAY AREA REGIONAL MEDICAL CENTER, LLC, § § § § § § | | |
| PLAINTIFF § § | | |
| vs. § § | ADVERSARY NO. _____ | |
| CERNER CORPORATION; QUAMMEN HEALTH CARE CONSULTANTS, INC.; SIEMENS MEDICAL SOLUTIONS USA, INC. § § § § § | | |
| DEFENDANTS § | | |

**CHAPTER 7 TRUSTEE CATHERINE S. CURTIS'S ORIGINAL COMPLAINT**

TO THE HONORABLE EDUARDO V. RODRIGUEZ, U.S. BANKRUPTCY JUDGE:

Catherine S. Curtis, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Bay Area Regional Medical Center, LLC ("Debtor') and plaintiff in the above-styled adversary proceeding, files this Original Complaint, respectfully showing the Court as follows:

**PARTIES**

1. The Trustee was duly appointed by the Court upon the initiation of the filing of the chapter 7 bankruptcy case and brings this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7001, 11 U.S.C. §§ 544, 548, and 550 and the Texas Business & Commerce

1